**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI, FLORIDA**

**CASE NO. 25-23515-JB**

**IRAIDA CABRERA MOLLINEDO,**

*Plaintiff,*

*v.*

**KRISTI NOEM**, Secretary, U.S. Department of Homeland Security (DHS), *et al.*,

*Defendants.*

**JOINT MOTION TO STAY PROCEEDINGS PENDING A DECISION IN THE CASE *ECHAZABAL-VERDECIA V. NOEM***

**COMES NOW** Plaintiff, YARIELIS VELIZ MONROY (hereinafter "Plaintiff"), by and through the undersigned counsel, and Defendants Kristi Noem, *et al.*, upon conferral pursuant to Local Rule 7.1, respectfully requests the Court stay this proceeding pending a decision from the United States District Court for the Southern District of Florida on the case *Echazabal-Verdecia v. Noem, et al.*, 25-cv-22335-JB, which raises the same issue before this Court: whether Cuban nationals, detained without the issuance of a warrant, making them subject to mandatory detention under 8 U.S.C. § 1225(b), and subsequently released on recognizance under 8 U.S.C. § 1226(a), are entitled to humanitarian parole under 8 U.S.C. § 1182(d)(5)(A), which is the sole avenue for release from detention for those subject to mandatory detention.

"District courts enjoy broad discretion in deciding how to best manage the cases before them." *Skuraskis v. NationsBenefits Holdings, LLC*, 717 F. Supp. 3d 1221, 1228 (S.D. Fla. 2023) (citing *Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001)). A stay of the entire case may be appropriate to await a decision that is likely to have a substantial or controlling effect on the claims and issues in the stayed case. *Se Miccosukee Tribe of Indians of Fla. v. S. Fla. Water Mgmt. Dist.*, 559 F.3d 1191, 1198 (11th Cir. 2009).

Here, Plaintiff filed his "Petition (Complaint) for Writ of Mandamus" on August 6, 2025. [DE 1]. There, Plaintiff argues that Cuban noncitizens, like Plaintiff, arriving in the United States, whether at a POE or not, were subject to detention under 8 U.S.C. § 1225 from the moment they were arrested before the issuance of a warrant. *Id*.

On November 3, 2025, Defendants filed their "Motion To Dismiss Petition (Complaint) For Writ Of Mandamus, For Failure To State A Claim , Motion To Dismiss For Lack Of Jurisdiction Petition (Complaint) For Writ Of Mandamus." [DE 8].

Similarly in *Echazabal-Verdecia v. Noem, et al.*, on July 25, 2025, Defendants filed their "Motion to Dismiss Complaint for Lack of Subject Matter Jurisdiction under Fed. R. Civ. P. 21(b)(1) and for Failure to State a Claim." 25-cv-22335-JB ,ECF No. 8. Defendant's Motion to Dismiss has been fully briefed and the case is currently stayed pending a ruling on Defendant's Motion to Dismiss.

Therefore, it is both parties, Plaintiff and Defendants, position that the Court should exercise its discretion to stay the proceedings in the case at hand pending a

decision in *Echazabal-Verdecia v. Noem, et al*, to conserve judicial resources, especially in light of Defendants' pending motion to dismiss in *Echazabal-Verdecia* and potential discovery matters if the motion to dismiss is denied.

Accordingly, Plaintiff and Defendants jointly respectfully request the Court grant the motion to stay proceedings pending a decision on *Echazabal-Verdecia v. Noem, et al*.

Respectfully submitted,

s/ Eduardo R. Soto
EDUARDO R. SOTO, Esq.
Florida Bar No. 0858609
Eduardo Soto & Associates, P.A.
999 Ponce de Leon Blvd., Suite 1040
Coral Gables, Florida 33134
Office: (305) 446-8686
Fax: (305) 529-0445
**Attorney for Plaintiff**

November 11, 2025
Date

/s/ David Werner
DAVID WERNER
Assistant United States Attorney
Fla. Bar. No. 113436
99 N.E. 4th Street
Miami, Florida 33132
Telephone: (786) 439-3194
Facsimile: (305) 530-7139
Email: David.Werner@usdoj.gov
**Attorney for United States of America**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 11, 2025, I electronically filed the foregoing document with the Clerk of Court using PACER. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by PACER or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

s/ Eduardo R. Soto November 11, 2025
EDUARDO R. SOTO, Esq. Date
Florida Bar No. 0858609
Eduardo Soto & Associates, P.A.
999 Ponce de Leon Blvd., Suite 1040
Coral Gables, Florida 33134
Office: (305) 446-8686
Fax: (305) 529-0445
**Attorney for Plaintiff**

/s/ David Werner
DAVID WERNER
Assistant United States Attorney
Fla. Bar. No. 113436
99 N.E. 4th Street
Miami, Florida 33132
Telephone: (786) 439-3194
Facsimile: (305) 530-7139
Email: David.Werner@usdoj.gov
**Attorney for United States of America**