**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 25-cv-23515-JB**

IRAIDA CABRERA MOLLINEDO,

Plaintiff,

v.

KRISTI NOEM, Secretary, U.S. Department
of Homeland Security, *et al.*,

Defendants.
_________________________________________/

**ORDER STAYING CASE**

**THIS CAUSE** comes before the Court upon the parties' Joint Motion to Stay, (the "Joint Motion"). ECF No. [9]. Upon due consideration of the Joint Motion, the pertinent portions of the record, and the relevant authorities, the Court finds good cause to stay this action. Accordingly, the Joint Motion, ECF No. [9], is **GRANTED**. This case, and all deadlines, are **STAYED** further order of the Court.

**DONE AND ORDERED** in Miami, Florida, this 12th day of November, 2025.

_________________________________________
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**